UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LAWRENCE SCHWARTZWALD,

                              Plaintiff,

v.

ZEALOT NETWORKS, INC.,

                              Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

19-CV-05979 (LDH)

---

LaSHANN DeARCY HALL, United States District Judge:

      On December 27, 2020, Magistrate Judge Steven Gold issued a Report and Recommendation recommending that this Court grant Plaintiff's motion for default judgment, in part, and award Plaintiff $2,500 in actual damages; $400 in costs; and post-judgment interest. The parties were given until January 11, 2021, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Gold's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's motion for default judgment is GRANTED in part. Plaintiff is awarded $2,500 in actual damages; $400 in costs; and post-judgment interest pursuant to 28 U.S.C. § 1961.

                                                SO ORDERED:

Dated: Brooklyn, New York
         January 19, 2021

                                                /s/ LDH
                                                LaSHANN DeARCY HALL
                                                United States District Judge